# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FREDYS A. MARTINEZ,<br><br>　　　　　　　Petitioner,<br>　v.<br>ISIDRO VACA, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:19-cv-00511-MMD-WGC<br><br>ORDER |

　　Good cause appearing, Petitioner's Unopposed Motion for Extension of Time (ECF No. 5) is granted. Petitioner will have until October 15, 2019,[1] to file an amended petition for writ of habeas corpus. All other instructions stated in the August 23, 2019 Order (ECF No. 3) remain in effect.

　　DATED THIS 20th day of September 2019.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Petitioner requested an extension until October 13, 2019; however, that date falls on a weekend and the following day is a federal holiday. For clarity, the Court sets the deadline on the next business day: October 15, 2019.