UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FREDYS A. MARTINEZ,<br><br>        Petitioner,<br>  v.<br>ISIDRO VACA, *et al.*,<br><br>        Respondents. | Case No. 3:19-cv-00511-MMD-WGC<br><br>ORDER |

  This closed habeas matter is before the Court on Petitioner Fredys A. Martinez's Motion for Certificate of Appealability (ECF No. 14) and Motion for Extension of Time to File Notice of Appeal (ECF No. 15).

  By an order and final judgment entered on October 4, 2019, the Court dismissed this action without prejudice for lack of jurisdiction. (ECF Nos. 10, 11.) The Court found that Martinez's amended petition is second or successive and therefore subject to dismissal. (ECF No. 10.) Martinez was "denied a certificate of appealability, as jurists of reason would not find the dismissal of the petition on jurisdictional grounds to be debatable or wrong." (*Id.* at 4.)

  On October 18, 2019, Martinez filed an application for certificate of appealability ("COA"), which he directed to the U.S. Court of Appeals for the Ninth Circuit. (ECF No. 12.) The Ninth Circuit indicated that a briefing schedule would not issue until that court determined whether a COA should issue. (ECF No. 13.) Within days, Martinez filed another request for COA, but this time directed the application to the "U.S. District Court, District of Nevada." (ECF No. 14.) Because the Court already denied a COA in the dismissal order, Martinez's current request is denied as moot.

Martinez filed the motion seeking to extend the time to file a notice of appeal on October 29, 2019 (ECF No. 15), but filed the notice of appeal (ECF No. 16) the following day—26 days after judgment was entered. Generally, an appeal in a civil case must be taken within 30 days after the entry of judgment. *See* Fed. R. App. P. 4(a). Because Martinez has now filed a timely notice of appeal, the motion is denied as moot.

It is therefore ordered that Petitioner Fredys A. Martinez's Motion for Certificate of Appealability (ECF No. 14) and Motion for Extension of Time to File Notice of Appeal (ECF No. 15) are denied as moot.

DATED THIS 1st day of November 2019.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE